# United States District Court Violation Notice

CVB Location Code: **MA-64**

| Field | Value |
|---|---|
| Violation Number | 1379628 |
| Officer Name (Print) | S. Brown |
| Officer No. | 0664 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged (☒ CFR) |
|---|---|
| 10/23/2013  2147 | 36 CFR 4.23(a)(1) |

Place of Offense: Charlestown Navy Yard, Boston National Historical Park  27-00-00

Offense Description: Driving while intoxicated

**DEFENDANT INFORMATION**  Phone: (914) 319-1074

| Last Name | First Name | M.I. |
|---|---|---|
| Mallon | Philip | J. |

Street Address: 181 Rindge Ave

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Cambridge | MA | 02140 | 08/26/1985 |

| Driver's License No. | D.L. State | Social Security No. |
|---|---|---|
| S73652565 | MA | 088702662 |

☒ Adult  ☐ Juvenile  Sex: ☒ Male  ☐ Female  Hair: red  Eyes: blue  Height: 6'2"  Weight: 170

**VEHICLE DESCRIPTION**  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 1C9469 | MA | 82 | Honda/Silverwing | Brown |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 03/2005)  Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ~~August 6th~~ October 23rd, 2013 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts.

I received a report that a motorcycle had driven around traffic bollards and entered the Charlestown Navy Yard through the Gate 1 pedestrian way. The motorcycle then left the Navy Yard via the sidewalk and pedestrian gate behind the Scale House. These areas are closed to vehicle traffic and are unsafe due to the high possibility of hitting pedestrians and a road surface not maintained for vehicles. As I arrived in the area an eyewitness informed me the motorcycle was stopped at the red light at the intersection of Chelsea and 5th Streets. I stopped the motorcycle (MA tag# 1C9469) and identified the driver as Philip J. MALLON (D.O.B. 8/26/85). MALLON slurred his words as he spoke to me and his eyes were watery. He eventually admitted to drinking "one or two" beers a few hours prior. MALLON consented to standardized field sobriety tests. He exhibited 4 of 6 clues on HGN, 5 of 8 clues on the walk and turn, and 0 of 4 clues on the one leg stand. I administered a PBT on MALLON. MALLON registered a BAC of 0.094. The legal limit is 0.080.

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2013   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

CVB Location Code: MA-64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1379629 | S. Brown | 0664 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/23/13 2147
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.23(a)(2)
Place of Offense: Charlestown Navy Yard, Boston National HIstorical Park 27-00-00

Offense Description: Driving while intoxicated to wit 0.094 BAC

**DEFENDANT INFORMATION** Phone: (914) 319-1074

Last Name: Mallon
First Name: Philip
M.I.: J.
Street Address: 181 Rindge Ave
City: Cambridge
State: MA
Zip Code: 02140
Date of Birth: 08/26/1985
Drivers License No.: S73652565
D.L. State: MA
Social Security No.: 088702662
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Red   Eyes: Blue   Height: 6'2"   Weight: 170

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 1C9469 | MA | 82 | Honda/Silvawing | Brown |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 03/2006)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ~~August 6th~~ October 23rd, 20 13 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts

I received a report that a motorcycle had driven around traffic bollards and entered the Charlestown Navy Yard through the Gate 1 pedestrian way. The motorcycle then left the Navy Yard via the sidewalk and pedestrian gate behind the Scale House. These areas are closed to vehicle traffic and are unsafe due to the high possibility of hitting pedestrians and a road surface not maintained for vehicles. As I arrived in the area an eyewitness informed me the motorcycle was stopped at the red light at the intersection of Chelsea and 5th Streets. I stopped the motorcycle (MA tag# 1C9469) and identified the driver as Philip J. MALLON (D.O.B. 8/26/85). MALLON slurred his words as he spoke to me and his eyes were watery. He eventually admitted to drinking "one or two" beers a few hours prior. MALLON consented to standardized field sobriety tests. He exhibited 4 of 6 clues on HGN, 5 of 8 clues on the walk and turn, and 0 of 4 clues on the one leg stand. I administered a PBT on MALLON. MALLON registered a BAC of 0.094. The legal limit is 0.080.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2013   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

## United States District Court
### Violation Notice

CVB Location Code: MA-64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1379630 | S. Brown | 0664 |

1379630

1329600

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/23/13 2147
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.22(b)(1)

Place of Offense: Charlestown Navyyard, Boston National Historical Park 73-00-00

Offense Description: Unsafe Operation of Vehicle to wit driving on sidewalk and closed area

**DEFENDANT INFORMATION** — Phone: (914) 719-1074

Last Name: Mallon
First Name: Philip
M.I.: J.
Street Address: 181 Rindge Ave
City: Cambridge
State: MA
Zip Code: 02140
Date of Birth: 08/26/1985

Drivers License No.: S73652565
D.L. State: MA
Social Security No.: 088702662

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Red  Eyes: Blue  Height: 6'2"  Weight: 170

**VEHICLE DESCRIPTION** VIN: /

Tag No.: 1C9469
State: MA
Year: 82
Make/Model: Honda/Silverwing
Color: Brown

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Philip Mallon*

(Rev. 03/2006)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on ~~August 6th~~ October 23rd, 2013 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts

I received a report that a motorcycle had driven around traffic bollards and entered the Charlestown Navy Yard through the Gate 1 pedestrian way. The motorcycle then left the Navy Yard via the sidewalk and pedestrian gate behind the Scale House. These areas are closed to vehicle traffic and are unsafe due to the high possibility of hitting pedestrians and a road surface not maintained for vehicles. As I arrived in the area an eyewitness informed me the motorcycle was stopped at the red light at the intersection of Chelsea and 5th Streets. I stopped the motorcycle (MA tag# 1C9469) and identified the driver as Philip J. MALLON (D.O.B. 8/26/85). MALLON slurred his words as he spoke to me and his eyes were watery. He eventually admitted to drinking "one or two" beers a few hours prior. MALLON consented to standardized field sobriety tests. He exhibited 4 of 6 clues on HGN, 5 of 8 clues on the walk and turn, and 0 of 4 clues on the one leg stand. I administered a PBT on MALLON. MALLON registered a BAC of 0.094. The legal limit is 0.080.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2013
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge