# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-02005-MBB |
| ) | |
| PHILIP MALLON, ) | |
| Defendant ) | |

## DISMISSAL OF VIOLATION NOTICES

The government hereby dismisses violation notices 1379628 and 1379629 now pending against defendant Philip Mallon. As grounds therefor, the government states that the further prosecution of the violation notices would not be in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Miranda Hooker
Miranda Hooker
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3510
(617) 748-3675 (f)
Miranda.Hooker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Miranda Hooker
Miranda Hooker
Assistant United States Attorney

DATE: March 24, 2014